*Pro Se 15 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Kevin Douglas Donahoe,
 <et al>

Plaintiff (s),

vs.

Federal Agent David Kautter, IRS
Commissioner & Assistant Secretary
Of The U.S. Treasury,General
Counsel Of The IRS / U.S. Treasury
Brent McIntosh,
Defendant(s) <et al>

CASE NO.  3:18-cv-05631-RBL
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION OF
CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Jury Trial:  ☒ Yes  ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Kevin Donahoe |
| Street Address | 1305 Pioneer |
| City and County | Olympia |
| State and Zip Code | Wa.  98506 |
| Telephone Number | 360 464 8880 |

*Pro Se 15 2016*

1

B.       Defendant(s)

2

    *Provide the information below for each defendant named in the complaint, whether the*
3
*defendant is an individual, a government agency, an organization, or a corporation. For an*
*individual defendant, include the person's job or title (if known). Attach additional pages if*
4
*needed.*

    Defendant No. 1
5

        Name                    Please see attached list of defendents
6
        Job or Title *(if known)*
7
        Street Address
8
        City and County
        State and Zip Code
9
        Telephone Number
10
        ☐  Individual capacity      ☒  Official capacity

11
    Defendant No. 2
12
        Name
13
        Job or Title *(if known)*
14
        Street Address
        City and County
15
        State and Zip Code
16
        Telephone Number
17
        ☒  Individual capacity      ☐  Official capacity

18
    Defendant No. 3
19
        Name
20
        Job or Title *(if known)*
21
        Street Address
        City and County
22
        State and Zip Code
23
        Telephone Number
        ☐  Individual capacity      ☐  Official capacity
24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

Defendant No. 4

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      ☐ Individual capacity    ☐ Official capacity

## II.    PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

    ☐ No    ☒ Yes    If yes, how many? 3

Describe the lawsuit:

In Tacoma Wa  "A Petition For Writ Of Habeous Corpus" 3:13-CV-05513-RJB

In California "A lawsuit against the IRS / Treasury" for failing to use federal agents

to arrest evil people acting under "color of law" and "prosecutorial misconduct" on me.

https://en.wikipedia.org/wiki/Prosecutorial_misconduct (and attempt to collect on a win)

Parties to this previous lawsuit:

The IRS & United States Treasury,  law enforcement, and the Presidents of the United

States.

Plaintiff(s)

Me in both cases (a self-representing attorney)

*Pro Se 15 2016*

Defendant(s)

In Habeous Corpus it was the organizational leader holding me falsely with no evidence

with the IRS it was this Head of IRS and top leadership at the U.S. Treasury and well

as law enforcement that refused to arrest those acting under color of the law

and doing prosecutorial misconduct.

(*If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary*)

Court and name of district:

In Tacoma

Docket Number:  3:13-CV-05513-RJB

Assigned Judge:  Robert Bryan

Disposition: He didn't rescue me from torture and false imprisonment by

Prosecutorial Misconduct saying he decided I had not exhausted all my options to be

rescued from evil people who were also acting under the color of the law.

https://en.wikipedia.org/wiki/Prosecutorial_misconduct

Approximate filing date of lawsuit:  June 25th 2013

Approximate date of disposition:  Dismissed

### III.     BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

*Pro Se 15 2016*

1  A.    Are you bringing suite against *(check all that apply)*:

2       ☒    Federal officials (a *Bivens* claim)

3       ☒    State or local officials (a § 1983 claim)

4  B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or

5       immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are

6       suing under section 1983, what federal constitutional or statutory right(s) do you claim

7       is/are being violated by state or local officials?

8

9       Please see BASIS FOR JURISDICTION digital playlist at this internet location.

10      https://www.youtube.com/watch?v=h9nfVWf9laA&list=PLS6mAli5cVAKIUjKLbYy-

11      23Ma9dRB4CjO

12

13

14  C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional

15      rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are

16      being violated by federal officials

17

18  Please see BASIS FOR JURISDICTION digital playlist at this internet location.

19  https://www.youtube.com/watch?v=h9nfVWf9laA&list=PLS6mAli5cVAKIUjKLbYy-

20  23Ma9dRB4CjO

21

22

23

24

Pro Se 15 2016

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Please see "Acted Under Color" internet playlist link at this location.

https://www.youtube.com/watch?v=AWFnkeT3AS0&list=PLS6mAli5cVAKum5UZaNS6juUis9wjOWI5

_____

_____

_____

## IV.    STATEMENT OF CLAIM

*State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Please see "Statement Of Claim" attached document.

_____

_____

_____

_____

_____

*Pro Se 15 2016*

A.    Where did the events giving rise to your claim(s) occur?

Thurston County Courts (Superior, District, and Family / Domestic.  In Clark County.
And in California.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

They began at Thanksgiving 1985 and then really got bad on October 18th, 2008.

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?*
*Who did what?  Was anyone else involved?  Who else saw what happened?)*

Please see "Facts" digital playlist at this internet location.

https://www.youtube.com/watch?v=C9FryIsTu4k&list=PLS6mAli5cVAKVcZLySKfeM
S6A4AGekj5S

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state*
*what medical treatment, if any, you required and did or did not receive.*

Please see the attached Injuries document.

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any*
*cases or statutes.  If requesting money damages, include the amounts of any actual damages*
*and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.*

Please see the attached Relief document.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

_____

_____

_____

## VII.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        August 6th, 2018_____

Signature of Plaintiff    *Kevin Donahoe*_____

Printed Name of Plaintiff   Kevin Douglas Donahoe _____

1   Kevin Donahoe – Self Representing Attorney
1305 Pioneer Ave NE
2   Olympia Wa. 98506
360 464-8880
3   Contact@VideoMemoriesAndRestorationCorp.com

4               UNITED STATES DISTRICT COURT

5           WESTERN DISTRICT OF WASHINGTON

6   Kevin Douglas Donahoe,            Case No.:
    &lt;et al&gt;

7

8           Plaintiff (s),          THE LIST OF DEFENDENTS IN THIS CASE

   vs.

9

10  Those I expect will never settle of court by becoming
   co-plaintiffs with me as follows:

11  Federal Agent David Kautter, IRS Commissioner &
   Assistant Secretary Of The U.S. Treasury,

12

13  General Counsel Of The IRS / U.S. Treasury Brent
   McIntosh,

14  Registered Agent Of J.P. Morgan Securities LLC / CT
   Corporation (aka Chase Bank)

15

16  Registered Agent For Bank Of America and CEO Brian
   Moynihan,

17  Registered Agent For U.S. Bank / U.S. Bancorp,

18  &lt;et al&gt;

19           Defendant(s)

20         01  All the attorneys at that law office

21           Steven G Wraith (Registered Agent) Of Lee Smart P.S. Inc.

22           701 Pike St Ste 1800

23           Seattle, Wa. 98101-3929

24       02 Russell House (Registered Agent)

25           Willamette Dental Management Corporation

THE LIST OF DEFENDENTS IN THIS CASE - 1

1                  Chief Executive Officer & President

2                  6950 NE Campus Way

3                  Hillsboro, Or. 97124

4      03  Susan Miljour

5                  1615 10th Ave

6                  Olympia Wa. 98502

7      04     Kara Ostby

8                  1609 10th Ave

9                  Olympia Wa 98502

10    05  Bob Ferguson, The Attorney General Of Washington State and 49 other attorney generals

11                  1125 Washington Street SE

12                  PO Box 40100

13                  Olympia, WA  98504-0100

14    06  Commissioner Indu Thomas of Thurston County

15                  2801 32nd Ave.  SW, Tumwater, Wa. 98502

16    07    Sheriff John Snaza

17                  2000 Lakeridge Dr SW, Olympia, WA 98502

18    08     Legal Counsel and Registered Agent of King 5 News

19                  1501 First Avenue South

20                  Suite 300

21                  Seattle, WA 98134

22    09    Jim Rumpeltes Clark County Manager

23                  Clark County

24                  1300 Franklin Street

25                  Vancouver, WA 98666-5000

THE LIST OF DEFENDENTS IN THIS CASE - 2

1       10      Registered Agent For Bank Of America and CEO Brian Moynihan,

2               Bank Of America Corporate Center

3               100 North Tryon Street

4               Charlotte, NC 28255

5

6       11      Registered Agent Of U.S. Bank / U.S. Bancorp

7               Andy Cecere CEO Of US Bank

8               U.S. Bancorp

9               800 Nicollet Mall

10              Minneapolis, MN 55402

11

12      12      Bill Horn San Diego District 5 County Manager

13              North County Office

14              325 S. Melrose Ave, Suite 5200

15              Vista, Ca. 92081

16

17      13      Federal Agent David Kautter, IRS Commissioner & Assistant Secretary of The US

18              Treasury

19              And General Counsel Brent McIntosh

20              Department of the Treasury

21              1500 Pennsylvania Ave., N.W.

22              Washington, D.C. 20220

23

24

25

THE LIST OF DEFENDENTS IN THIS CASE - 3

14  President Donald Trump

    The White House

    1600 Pennsylvania Ave NW,

    Washington, D.C. 20500


15  Roger Millar, Wa. DOT Secretary

    Washington State Department of Transportation

    310 Maple Park Avenue SE

    P.O. Box 47300

    Olympia, WA 98504-7300


16  Stephen Sinclair, Wa. Doc Secretary

    PO BOX 41100, Mail Stop 41100

    Olympia, WA 98504-1100


17  Governor Jay Inslee and 49 other governors

    416 14th Ave SW

    Olympia, WA 98504


18  The legal counsel of Alternatives Professional Counseling and registered agent

    Nounouche Chorley, BA, CDP, Clinical Director

    203 4th Avenue East Suite 301

    Olympia, Wa 98501


THE LIST OF DEFENDENTS IN THIS CASE - 4

19    Kerry Miljour

      22219 NE 23rd St Sammamish

      Wa 98074-4092


20    Jeff Dickson – Registered Agent Of Westwood Baptist Church

      Westwood Baptist Church

      333 Kaiser Rd NW

      Olympia, Wa. 98502


21    All attorneys at that law office

      James D Nelson (Registered Agent)

      For Betts, Patterson, Mines P.S.

      7010 Pike St. #1400

      Seattle, Wa. 98101


22    Mark Kelly's Business Capital Concepts Northwest LLC  UBI 603 378 291

      Real Estate Business


      Registered Agent:  Incorp Services, Inc

      4505 Pacific Hwy E Ste C-2

      Fife, Wa. 98424 U.S.A.


      Corporate Business Offices are as follows:

      Capital Concepts Northwest LLC

      900 Washington St. Suite 800,

THE LIST OF DEFENDENTS IN THIS CASE - 5

1    Vancouver, Wa, 98660-3409 United States

2

3    Capital Concepts Northwest LLC

4    16869 65th Avenue #317,

5    Lake Oswego, Or 97035  United States

6

7    Still Researching his home address

8

9    23    Susanne Cross

10    Still Researching Address

11

12    24    Jim Grassman

13    Still Researching Address

14

15    25    Kris Grassman

16    3419 Lynn Ct

17    Lacey Wa 98516

18

19    26    Superintendent Patrick Murphy

20    Olympia School District

21    1113 Legion Way SE

22    Olympia WA  98501

23    Office: (360) 596-6100

24

25    Link to board of directors

THE LIST OF DEFENDENTS IN THIS CASE - 6

1    http://osd.ss16.sharpschool.com/cms/One.aspx?portalId=61624&pageId=222253

2    Frank L. Wilson - President

3    Occupation:  Service Manager, OCE North America

4    fwilson@osd.wednet.edu

5    360 753-6943

6

7    Anna McClatchey

8    Student Representative

9    Appointed June 2018, Term Expires May 2019

10    Occupation: Student, Olympia Regional Learning Academy (ORLA)

11    mcclatcheyal@students.osd.wednet.edu

12    (360) 596-6117

13

14    Diana Crawford

15    Public Records Officer

16    Olympia School District

17    1113 Legion Way SE

18    Olympia, WA 98501

19    dcrawford@osd.wednet.edu

20    Fax: (360) 596-6101

21

22    The School Board has the responsibility of hiring the
23    Superintendent.

24

25    1880-1883 Mrs. F.C. Hale (Pamela)

THE LIST OF DEFENDENTS IN THIS CASE - 7

1883-1887 L.E. Follansbee

1887-1887 Frank Dixon

1887-1894 B.W. Brintnall

1894-1895 Professor W.H. Beeler

1895-1897 W.C. Hazard

1897-1899 T. B. Hawes

1899-1902 Mrs. C.W. Durrette

1902-1906 W.M. Montgomery

1906-1909 Frank O. Kraeger

1909-1920 C.F. Beach

1920-1931 Elmer Breckner

1931-1958 Leland P. Brown

1958-1969 Dr. Rolland Upton

1969-1973 Dr. Charles R. Marshall

1973-1980 Dr. Howard Coble

1980-1990 Richard Hunter

1990-2001 Dr. Albert R. Cohen

2001- 2012 Bill Lahmann

THE LIST OF DEFENDENTS IN THIS CASE - 8

2012-2017 Dick Cvitanich

2017- Patrick Murphy


27    The Registered Agent of Facebook

Corporation Service Company

Which Will Do Business in California

As CSC - Lawyers Incorporating Service (C1592199)

1601 Willow Rd

Menlo Park Ca. 94025


28    Personal estates of all Facebook corporate officers (including their lawyers)

Research in progress to locate those.


29    Registered Agent Of J.P. Morgan Securities LLC

CT  Corporation System

111 Eight Avenue

New York, New York 10011


Chase CEO Jamie Dimon Net Worth $1.3 Billion

270 Park Avenue

Building in New York City, New York


THE LIST OF DEFENDENTS IN THIS CASE - 9

30      Ex-Marine Randy Poree

        Address unknown at this time


31      Registered Agent of Rosewood Apartments

        Corporation Service Company Which Will Do Service Of Process As CSC - Lawyers

        Incorporating Service (C1592199)

        4582 S Ulster St Pkwy, Suite 1100

        Denver Co 80237


        Apartment Manager

        Rosewood Apartments

        338 Ammunition Rd, Fallbrook CA 92028


32      Federal District Judge Ben Settle

        Western United States District Court

        1717 Pacific Ave

        Tacoma, WA 98402


33      Secret Service

        The White House

        1600 Pennsylvania Ave NW

        Washington D.C. 20500

THE LIST OF DEFENDENTS IN THIS CASE - 10

1      34    US Marshalls

2              Researching their address

3

4      35    FBI

5              Researching their address

6

7      36    InterPol (world police or whatever their name is)

8              Researching their address

9

10              Federal Agent David Kautter, IRS Commissioner & Assistant Secretary of The US

11             Treasury

12             And General Counsel Brent McIntosh

13             Department of the Treasury

14             1500 Pennsylvania Ave., N.W.

15             Washington, D.C. 20220

16

17      37    Western Union

18              Researching registered agent address

19

20      38    Money Gram

21              Researching registered agent address

22

23      39    Walmart

24              Researching registered agent address

25

THE LIST OF DEFENDENTS IN THIS CASE - 11

1

2          40        Albertsons

3                    Researching registered agent address

4

5          41        USPS Post Office In Nigeria Ota State

6                    Researching who to notify they are being sued

7

8                    But here is there business address

9                    Business Manager

10                   Ota Post Office

11                   Ogun State

12                   Ota Nigeria 112001

13

14         42        USPS Post Office in downtown Olympia Washington

15                   Attn:  Business Manager

16                   United States Postal Service

17                   900 Jefferson St. SE

18                   Olympia, Wa 98501

19

20         43        Ferris Beverly Donahoe (but incompetent to stand trial)

21                   1305 Pioneer Ave NE

22                   Olympia, Wa. 98506

23

24

25

THE LIST OF DEFENDENTS IN THIS CASE - 12

44      Steve Borchers

822 210 Ave NE

Sammamish Washington 98074


45      Erika Grassman

3419 Lynn Ct

Lacey Wa 98516


46      Jennifer Donahoe

Somewhere in Washington State


47      Stephanie Donahoe

Address unknown at this time


48      Registered Agent Of TransUnion

Still researching the registered agent address


But here is the corporate office address

CEO  James M. Peck

TransUnion Headquarters

555 W. Adams St,

Chicago, Illinois 60661

THE LIST OF DEFENDENTS IN THIS CASE - 13

1   49  Registered Agent Of Equifax

2      Currently researching their address

3

4      But here is there corporate office address

5      Chairman Mark L. Feidler

6      Equifax

7      1550 Peachtree St. & One Atlantic Center,

8      Atlanta, Georgia 30309

9

10   50  Registered Agent Of Experian

11      Currently researching their address

12

13      But here is there corporate office address

14      Chairman Don Robert

15      Experian  (USA Headquarters)

16      475 Anton Blvd

17      Costa Mesa, Ca 92626

18

19   51  Generations Credit Union

20      Street Address???

21      PO Box 2526

22      Olympia, Wa. 98507-2526

23

24

25

THE LIST OF DEFENDENTS IN THIS CASE - 14

52      Sarah Sanders Presidents White House Secretary

The White House

1600 Pennsylvania Ave NW

Washington D.C. 20500


53      Susan Wilson (**my rapist in 1985** as I was passed out drunk)

…yes ME TOO.

https://youtu.be/vksfnZaZ0A4 (POETIC JUSTICE)

https://youtu.be/uelHwf8o7_U (you all just stood there and watched me BURN)

Mail stop: 47200

Old Capitol Building

P.O. Box 47200

Olympia, WA 98504-7200


Old Capitol Building

600 Washington St. S.E.

Olympia, WA 98504-7200


Date of signing:            08/06/2018

Signature of Plaintiff        *Kevin Donahoe*

Printed Name of Plaintiff      Kevin Douglas Donahoe

THE LIST OF DEFENDENTS IN THIS CASE - 15

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Kevin Douglas Donahoe,<br> <et al><br><br>                    Plaintiff (s),<br><br>vs.<br><br>Those I expect will never settle of court by becoming<br>co-plaintiffs with me as follows:<br><br>Federal Agent David Kautter, IRS Commissioner &<br>Assistant Secretary Of The U.S. Treasury,<br><br>General Counsel Of The IRS / U.S. Treasury Brent<br>McIntosh,<br><br>Registered Agent Of J.P. Morgan Securities LLC / CT<br>Corporation (aka Chase Bank)<br><br>Registered Agent For Bank Of America and CEO Brian<br>Moynihan,<br><br>Registered Agent For U.S. Bank / U.S. Bancorp,<br><br><et al><br><br>                    Defendant(s) | Case No.: _____<br><br><br>STATEMENT OF CLAIM |

1.   All the defendants either directly, or indirectly by joining with others doing bad things, denied me my

Federal Bill of Rights in at least these areas (perhaps even more).

    a.   The 1st Amendment Right to Free Speech.

    b.   The 2nd Amendment Right to Due Process

    c.   The 6th Amendment Right to Trial by Jury of my Peers in Criminal Cases

    d.   Th 7th Amendment Right to Trial by Jury of my peers in Civil Cases

    e.   The 8th Amendment Right to no excessive bail

    f.   The 8th Amendment Right to no excessive punishment

STATEMENT OF CLAIM 1

2.  All the defendants either directly, or indirectly by joining with others doing bad things, "Acted Under Color of The Law" and I have a right to expect federal agents to contact the FBI and have them investigate my complaints. https://en.wikipedia.org/wiki/Color_(law)  Please note: "the FBI is tasked with investigating".

3.  All the defendants either directly, or indirectly by joining with others doing bad things, did "Prosecutorial Misconduct" on me.  Even if all they were doing is acting like both a civil plaintiff and also playing the role of civil prosecutor and then passed of false crime reports on me to a real prosecutors who then did truly horrific "Prosecutorial Misconduct" to me.  Which took 8 years from my life all on total lies and fake crime reports

    https://en.wikipedia.org/wiki/Prosecutorial_misconduct .

4.  All the defendants either directly, or indirectly by joining with others doing bad things, failed to do their "Duty to Rescue Me". https://en.wikipedia.org/wiki/Duty_to_rescue

5.  All the defendants either directly, or indirectly by joining with others doing bad things, have Discriminated against me a Disabled Man from a horrible medical malpractice in 2005 by a very bad person named Yangun Gan at Willamette Dental www.WillametteDental.com .  Their discrimination takes many, many, forms.  But the most serious form is they simply don't APPROVE "accomodation requests for the disabled" which are critical to accommodate my disability.   In fact, they often simply don't have automated tools to accept the requests and then actually follow a fair and just process to consider the request.  It is typical that they post noble words that they do a methodical analysis of the request and only deny it under the most extreme conditions.  But when requests actually come in they deny the request in like 2 hours and obviously have not gone through any DUE PROCESS steps / methodical steps they advertise on their websites they say they will do.  They actually use prejudice and discriminate against me as they process the request.  They are hypocrites in my opinion.

6.  All the defendants either directly, or indirectly by joining with others doing bad things, have denied me the most important thing of all which is the "true guarantee of Life, Liberty, and the Pursuit  of  Happiness" https://en.wikipedia.org/wiki/Life,_Liberty_and_the_pursuit_of_Happiness .  Which is what those people like my father Thaddeus Westley Donahoe (also called Don) was in the military for to give these rights to his wife and kids.

STATEMENT OF CLAIM 2

a.  But within that is the Pursuit of Happiness fundamental right which is actually the most important thing all people want (not just me).  That is what I want most importantly is to have a happy family again like we always used to have.  People like me want HAPPYNESS WITH THEIR FAMILIES and we are willing to settle out of court for that basic desire for a very reasonable settlement.

But the right to happiness is being denied me because of corrupt and ignorant people living in DOGMA where they think saying "only talk with lawyers" and not with the "actual plaintiffs who have valid complaints against them" is the way to achieve a true happy settlement that both sides agree is going to give them both this guarantee to pursue happiness.  Which is of course what brave men like my dad (Don) gave their life for in many battles for FREEDOM.

https://en.wikipedia.org/wiki/The_Pursuit_of_Happiness

Dogma is the most serious thing that blocks the basic human need to PURSUE HAPPINESS.
https://en.wikipedia.org/wiki/Dogma for 6 billion people, or more, on planted Earth.

All these claims actually started in 2005 then really got serious in 2008 and they have not stopped.  So, there is no statute of limitations here.  These horrible things are continuing right now and haven't stopped since they began many years ago.

Conclusion

So, I encourage you why not "just do a www.zoom.us meeting with me and all the defendants. and their lawyers, to discuss an out of court settlement.    Don't be stuck in DOGMA and destroy your life by ending up going to PRISON for what you did to me, or take my rights away, and destroy my chance at happiness.  Take a chance and just do this progressive way to do true peaceful issue resolutions and meet with me at your convenience in a www.zoom.us meeting.
STATEMENT OF CLAIM 3

**It certainly cannot hurt to at least try and negotiate an out of court settlement (can it)?**

I personally believe BLOODY REVOLUTIONS to remove corrupt people from power is NO LONGER needed now that we have a TRUE TECHNOLOGY revolution where 4K, and 8K ultra high definition streaming media along with "progressive ways to sue people in court" can get the JOB DONE much more effectively and without any bloodshed like there was when America broke from England, or when Abraham Lincoln started a CIVL WAR to end slavery.

Respectfully presented for the defendents review,

Dated this day of Month, year.          08/06/2018

                                        Kevin Donahoe

                                        Printed Name

                                        *Kevin Donahoe*

                                        Signature

                                        1305 Pioneer Ave NE

                                        Olympia, Wa. 98506

                                        360 464 8880

                                        Self-Representing Attorney

STATEMENT OF CLAIM 4

1  Kevin Donahoe – Self Representing Attorney
   1305 Pioneer Ave NE
2  Olympia Wa. 98506
   360 464-8880
3  Contact@VideoMemoriesAndRestorationCorp.com

4                    UNITED STATES DISTRICT COURT

5                  WESTERN DISTRICT OF WASHINGTON

6  Kevin Douglas Donahoe,                    Case No.:
    <et al>

7
                    Plaintiff (s),
8                                             INJURIES
   vs.

9
   Those I expect will never settle of court by becoming
10 co-plaintiffs with me as follows:

11 Federal Agent David Kautter, IRS Commissioner &
   Assistant Secretary Of The U.S. Treasury,
12
   General Counsel Of The IRS / U.S. Treasury Brent
13 McIntosh,

14 Registered Agent Of J.P. Morgan Securities LLC / CT
   Corporation (aka Chase Bank)
15
   Registered Agent For Bank Of America and CEO Brian
16 Moynihan,

17 Registered Agent For U.S. Bank / U.S. Bancorp,

18 <et al>

19                    Defendant(s)

20 I was injured by having the follow essential human rights taken away.   See the modern day

21 pictorial of those which is attached.

22    1.  **The right to life, liberty, and pursuit of happiness.**
23            https://en.wikipedia.org/wiki/Life,_Liberty_and_the_pursuit_of_Happiness

24
25    2.  **The first 10 rights in the American Bill Of Federal Rights**
              https://en.wikipedia.org/wiki/United_States_Bill_of_Rights

INJURIES - 1

Then, the following criminal actions and financial damages happened to me as a result of those

Federal Human Rights / Supreme laws being denied me which should have instead protected me

from the following:

1)  Domestic Violence Using Economic Coercion and Phycological Threats
2)  Acting Under Color of The Law
3)  Prosecutorial Misconduct
4)  Slander and Defamation of Character
5)  Alienation of affections from my children and grandchildren
6)  The President and his spokesperson have called the NEWS media an **enemy of the people** (which harms me greatly since my SOULMATE Sasha who is my girlfriend who works for Fox News) and we are ONE in sex but also in SPIRIT.  So, I am both financially damaged in the trillions of dollars and broken hearted in SPIRIT as well.

When the WHITE HOUSE slanders and does defamation of Sasha J. Damain (who goes by Sasha Jefferson) and is my future wife with WHOM I AM ONE IN SPIRIT then the White House also slanders me (since she is my better half of a MAN and WOMEN joined as ONE IN AN ETERNAL UNION OF LOVE).

And, also, I strongly disagree with the WHITE HOUSE speaking for me "AS THE PEOPLE" and filing false CRIMINAL REPORTS (of Enemy Of The People) on my girlfriend / future wife who is a well-educated, law abiding, JOURNALIST who travels worldwide (not just in America).

Sasha is ENEMY TO NO ONE!  She reports the FACTS even if it exposes ABOLUTE CORRUPTION BY ABSOLUTE POWER like in that old Clint Eastwood movie by the same name.

https://youtu.be/TRHTRRK4ki0

Unlike me who seeks to PUNISH IN COURT evil doers with full DUE PROCESS.  Sasha is the most KIND SOUL anyone could hope to meet.   Always extending an INVITATION TO COME **"bow down before her" and REPENT**, and MAKE AMENDS by settling out of court **so my DEFENDENTS don't wind up in prison for making false crime reports** on the NEWS MEDIA (and on me for 10 years now for other false crimes and ACTING UNDER COLOR OF THE LAW).

https://en.wikipedia.org/wiki/Repentance

INJURIES - 2

To understand the details of  exactly how I was injured, which are quite long, please watch / read the "events that support the facts and claim".

Date of signing:          08/06/2018

Signature of Plaintiff      *Kevin Donahoe*

Printed Name of Plaintiff      Kevin Douglas Donahoe

INJURIES - 3

1  Kevin Donahoe – Self Representing Attorney
   1305 Pioneer Ave NE
2  Olympia Wa. 98506
   360 464-8880
3  Contact@VideoMemoriesAndRestorationCorp.com

4                   UNITED STATES DISTRICT COURT

5                WESTERN DISTRICT OF WASHINGTON

6  Kevin Douglas Donahoe,                    Case No.:
    <et al>
7
                      Plaintiff (s),
8                                            RELIEF
   vs.                                       I AM SEEKING
9
   Those I expect will never settle of court by becoming
10 co-plaintiffs with me as follows:

11 Federal Agent David Kautter, IRS Commissioner &
   Assistant Secretary Of The U.S. Treasury,
12
   General Counsel Of The IRS / U.S. Treasury Brent
13 McIntosh,

14 Registered Agent Of J.P. Morgan Securities LLC / CT
   Corporation (aka Chase Bank)
15
   Registered Agent For Bank Of America and CEO Brian
16 Moynihan,

17 Registered Agent For U.S. Bank / U.S. Bancorp,

18 <et al>

19                   Defendant(s)

20 Well basically I am seeking two general kinds of relief from the court in the lawsuit.

21 #1 – Financial compensation for all the wrong that has been done to me calculated in two subcategories.

22         1A – Real tangible damage to my earnings for the last 13 years

23             I think giving a range (low and high) is best and is outlined below.

24         1B – Money for pain and suffering also.

25
   RELIEF
   I AM SEEKING - 1

1   #2 – Performance.  In other words, a change to what the current behavior of the DEFENDENTS and THEIR

2   FINANANCIAL SPONSORS.  Which when you think about the IRS / TREASURY is everyone who pays taxes.

3       #2A – EXECUTIVE ORDERS

4       To ensure we have a "guarantee" of human rights in all 50 states from now on.  Not just a "concept" of

5       human rights that when violated only result in civil penalties.  This will be done by convincing 50

6       governors and the president of the United States to write the same executive order that makes it a crime

7       punishable by a minimum of life in prison for even making a "motion" to take away someone's HUMAN

8       RIGHTS like for example have a jury trial.

9       #2B – REPLACE THE OUTDATED 3RD AMENDMENT

10      To The only thing in human rights that has gotten outdated is the 3rd amendment "not required to quarter

11      solders".  I propose we change that to all American Citizens are entitled to the most effective technology

12      possible to communicate.  Especially when they are defendant or plaintiff in court case.

13

14      #2C – RADICALLY ALTER EDUCATION IN THE UNITED STATES FOR THE BETTER

15      We need to legal force all schools and especially parents that home school to make teaching these things a

16      very high priority and at very early age since the lack of education in those areas is how I was so badly

17      injured for at least 13 years of more.

18          #2C.1 - The concept of REPENTANCE and SEEKING TO MAKE AMENDS to your victims

19  when you make mistakes in life.  We must teach all future generations not to HIDE their mistakes and hope

20  to avoid judgement day.  Instead, they must understand to avoid corrupting themselves they must daily

21  admit mistakes and seek to ask those they harm how best to make it up to them.  We need to ensure people

22  stop hiring lawyers to avoid REPENTANCE and protect their wealth.  To avoid the consequences of one's

23  actions was never the intended purpose of professional lawyers.  Their original purpose was simply to assist

24

25

RELIEF
I AM SEEKING - 2

someone who was having a difficult time effectively communicating in court.  Not actually allow sin and corruption to continue because they argued to make it so and won in court.


#2C.2 – Essential Human Rights

The most essential Federal human rights must be taught staring at a very early age.  The fundamental rights to life, liberty, and pursuit of happiness, and the first 10 amendments.  See graphic pictures of what this are.


#2C.3 - Two parts of SEX EDUCATION.   Part #1 - The Romance part where you find someone who will be faithful and not cheat on you.  Your SOULMATE who is your ETERNAL co-mentor / and supporter in everything you do.   And Part #2 the mechanics of sex between ONE WOMEN and ONE MAN at time.  I was hurt badly because my ex-wife Susan Miljour cheated on me many times.  And also, my son-in-law Kris Grassman cheated on my daughter Erika.  We could have DIED from horrible things like HIV / AIDS.   So, Human Rights violators like that who do so because they are cheating on their spouses. or dating partners. are the most damaging human rights violators of all because they not only damage you financially they also break your heart and injure your soul.   Currently, the United States SEX EDUCATION by schools has made the United States a laughing stock of the world.  Since so many couples have sex problems and get divorced since the SCHOOL SYSTEM made almost all of us SEXAULLY DISFUNCTIONAL.


Date of signing:          08/06/2018

Signature of Plaintiff     *Kevin Donahoe*_____

Printed Name of Plaintiff     Kevin Douglas Donahoe_____

RELIEF
I AM SEEKING - 3

# <u>Bill Of Rights (Amendments 1 – 10)</u>

1) Freedoms of **press**, **religion**, **speech**,   assembly and petition
2) Right to bear **arms**
3) All world citizens (especially the homeless and kids with no parents) deserve their government to provide them with the most effective technology and techniques each year to SAVE THEMSELVES from lives hardships as self-representing attorneys in World Court and communicate most effectively in everything they do.  For example, in 2018 the Samsung S9+ 4K Smart Phone, Samsung 65" 4K Smart Ultra HDTV - QN65QFNAF, Logitech BRIO – 4K Ultra HD Webcam, Dell XPS 15 9570 4K Laptop (2018) and Sony FDRAX53/B 4K HD Video Recording Camcorder.
4) **Search** and seizure
5) **Due process**
6) Trial by jury in **criminal** cases
7) Trial by jury in **civil** cases, and all other types.
8) Prohibits **excessive** bail or punishment
9) Declares rights not mentioned to **people**
10) Powers not given to national government belong to the **states**



You Are Creating A Stock Market Crisis

(5, 9)    (13, 17)    (21, 25)
[1, 5]    (9, 13)    (17, 21)

When you commit treason by taking these rights away you create a crisis in the stock market and destroy your own company and bankrupt both your stockholders and investors.

You also now have no more separation of your business assets and business assets.  Anyone can then legally penetrate the corporate shield of protection and take all your personal wealth for your acts.  You are truly a "TRAITER" and should spend the rest of your life in prison for your behavior.

π

# World Court Fundamental Rights

1. The right to life, liberty, and pursuit of happiness. https://en.wikipedia.org/wiki/Life,_Liberty_and_the_pursuit_of_Happiness

2. Ten Bill Of Federal Rights https://en.wikipedia.org/wiki/United_States_Bill_of_Rights



You Are Creating A Stock Market Crisis

When you commit treason by taking these rights away you create a crisis in the stock market and destroy your own company and bankrupt both your stockholders and investors.

You also now have no more separation of your business assets and business assets. Anyone can then legally penetrate the corporate shield of protection and take all your personal wealth for your acts. You are truly a "TRAITER" and should spend the rest of your life in prison for your behavior.

π

Case 08-2-30760-1 Document 74 Filed 06/11/2018

1

Kevin Donahoe – Self Representing Attorney

E-FILED
THURSTON COUNTY, WA
SUPERIOR COURT
June 11, 2018
Linda Myhre Enlow
Thurston County Clerk

1305 Pioneer Ave NE

2

Olympia Wa. 98506

360 464-8880

3

Contact@VideoMemoriesAndRestorationCorp.com

4

5

THURSTON COUNTY

6

FAMILY COURT / CIVIL DOMESTIC VIOLENCE DEPT

7

Kevin Donahoe

Case No.: 08-2-30760-1

8

Plaintiff,

9

vs.

ANSWER AND COUNTER COMPLAINT
(IN COUNTY COURT)

10

Susan Miljour, et al (see counter complaint)

**** 2ND AMENDED VERSION ***

11

Defendants

12

I was accurately told by Domestic Liaisons approximately 6 months ago I have a right to file what is called a

13

"Respondent's Motion to Modify/ Terminate Order for Protection Effective More Than Two Years (RMTMT2)"

14

(example attached).  Which amounts to about a 10-minute hearing and the Sheriff would do personal service for me

15

to protect me from any further false charges by my ex-wife and of course many types of discrimination and civil

16

rights violations by her and her co-defendants which they have done on me for 15 years now.

17

18

So, I am now in the process of formally preparing for the 10-minute hearing by doing things I have a right to do but

19

couldn't because prosecutorial misconduct that was used on me to lock me up falsely for 8 years by my own ex-wife

20

and government prosecutors.  So, I am now filing things like (A) accomodation requests for my disability and (B)

21

filing this "Answer and Counter Complaint" to be the most prepared as I can for only a 10-minute discussion to

22

wipe out 10 years of false criminal history cause by discrimination and civil rights violations by many people.

23

24

25

ANSWER AND COUNTER COMPLAINT
(IN COUNTY COURT)
**** 2ND AMENDED VERSION *** - 1

Case 08-2-30760-1 Document 74 Filed 06/11/2018

Because "discrimination is an act of breaking Federal Laws" and because Federal Agents are named in my "Counter Complaint" as co-defendants / co-enablers of my ex-wife it is the legal duty of the court commissioner / judge to transfer this case to Tacoma Federal Court when I send them my official court filed documents to them.  Note only after I send the finalized court documents to them (not drafts).  I need plenty of time to prepare.

So, with that said, please note my Answer and Counter Complaint is formatted in a way so everything in this case can easily be pulled into Federal Court using their standards.

The associated digital version can be viewed here in 4K ultra high definition video which is one of the assisting technologies I use for my disability caused by Willamette Dentals horrible malpractice on me in 2005.

https://www.youtube.com/watch?v=t7s0cBui-Fk&list=PLS6mAli5cVAIhWgvKzTKPv8rmWm0MvVbO

As we go along in this case I will be asking for "more than one accomodation request for the disabled" and one by one patiently awaiting the judge's / court commissioners decision (not the court administrator decision) on whether to grant, or deny, each one over several months.

But I hope you will do more than "think of laws" but also have "empathy for the disabled like me" and just "experiment with the assisting technologies and techniques" you might find them quite nice if you just approve them and then just sit back and see how it all works for me the disabled to give me an equal chance at getting justice for myself.

ANSWER AND COUNTER COMPLAINT
(IN COUNTY COURT)
**** 2ND AMENDED VERSION *** - 2

Case 08-2-30760-1 Document 74 Filed 06/11/2018

1

Date of signing:           06/11/2018

2

Signature of Plaintiff      *Kevin Donahoe* _____

3

Printed Name of Plaintiff    Kevin Douglas Donahoe

4

A unique kind of self-representing attorney.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ANSWER AND COUNTER COMPLAINT
(IN COUNTY COURT)
**** 2ND AMENDED VERSION *** - 3

Case 08-2-30760-1 Document 74 Filed 06/11/2018

| **Court of Washington** | **No**. |
|---|---|
| For | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾   ‾‾‾‾‾‾ | **Respondent's Motion to Modify/** |
| Petitioner                          DOB | **Terminate Order for Protection** |
| vs. | **Effective More Than Two Years** |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾   ‾‾‾‾‾‾ | (RMTMT2) |
| Respondent                      DOB | (Clerk's Action Required) |

### I.  Motion

I am the Respondent.  I am asking the court to ☐ modify ☐ terminate the Order for Protection, filed on

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ (date), which expires on ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ (date).

This motion is based upon RCW 26.50.130 and the declaration, below.

Dated ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Signature of Respondent

---

The court may not modify an order that is effective for more than two years unless the respondent proves that the modification is warranted.

However, if the respondent asks the court to:

1) **modify** the order to:
   a.   make it last a shorter time period, or
   b.   remove a provision that restrains the respondent from harassing, stalking, threatening, or committing other acts of domestic violence against the petitioner or other person protected by the order;

or

2) **terminate** the order;

then the court will consider the following factors when it considers whether or not to grant or deny the motion:

Whether the respondent has:

- committed or threatened domestic violence, sexual assault, stalking, or other violent acts since the protection order was entered;
- violated the terms of the protection order, and the time that has passed since entry of the order;
- exhibited suicidal ideation or attempts since the protection order was entered;
- been convicted of criminal activity since the protection order was entered;
- either acknowledged responsibility for the acts of domestic violence that resulted in entry of the protection order or successfully completed domestic violence perpetrator treatment or counseling since the protection order was entered;

Case 08-2-30760-1 Document 74 Filed 06/11/2018

- a continuing involvement with drug or alcohol abuse, if such abuse was a factor in the protection order;

Whether the petitioner consents to terminating the protection order, provided that consent is given voluntarily and knowingly;

Whether the respondent or petitioner has relocated to an area further away from the other party, giving due consideration to the fact that acts of domestic violence may be committed from any distance;

Other factors relating to a substantial change in circumstances.

## II. Declaration

I, the respondent, declare:

The order referenced above should be modified/terminated **because**:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

☐ The order referenced above should be modified **as follows**:

_____

_____

_____

_____

_____

_____.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at _____ (city) _____ (state) on _____ (date).

_____
Signature of Respondent

**This document must be served on the other party, and
proof of service must be in the court file prior to the hearing.**

**Respondent's Mt to Mod/Term Or for Protection** (RMTMT2) - Page 2 of 2
DV-7.050 (07/2011) - RCW 26.50.130

*Pro Se 15 2016*      Case 08-2-30760-1 Document 74 Filed 06/11/2018

1

2

3

4

5

6       UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON

7

8    Kevin Douglas Donahoe                    CASE NO. _____
                                              [to be filled in by Clerk's Office]
9    _____

10   _____,            COMPLAINT FOR VIOLATION
                                             OF CIVIL RIGHTS AND
11                        Plaintiff(s),      DISCRIMINATION
                                             (for use only by plaintiffs not in
12           v.                              custody)

13   Susan Marie Miljour (my ex-wife),       Jury Trial:  ☒ Yes   ☐  No

     Federal Agent David Kautter (IRS/Treasury
14
     Kerry Miljour (Susan's Brother), <et al>
15
                        Defendant(s).
16

17                  TABLE OF CONTENTS
                 (Movie Playlists / Chapters)

18   1)  A list of defendants
19   2)  Basis for jurisdiction
     3)  Statement of Claim
     4)  Events that support the claim
20   5)  Facts underlying the claim
     6)  Evidence which supports both the facts and events
21   7)  Injuries
     8)  Relief
22

23

24